# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MUHAMMAD AHMAD ABDALLAH AL ANSI, *et al.*, | : |
| | : |
| | : |
| Petitioners, | : |
| | : |
| v. | :     Civil Action No. 08-1923 (GK) |
| | : |
| BARACK H. OBAMA, *et al.*, | : |
| | : |
| Defendants. | : |

## ORDER

On May 27, 2010, Petitioner filed an Emergency Motion to Compel Compliance With This Court's Order of November 19, 2009 and For TRO and Injunction Against Transfer of Petitioner to Algeria. On June 2, 2010, the Government filed its Opposition. The Court is waiting for Petitioner's Reply, which is not yet due. Given the seriousness of the issues raised in this Motion, the Court hereby

**ORDERS** an Administrative Stay until the Motion is decided.

June 3, 2010

/s/
Gladys Kessler
United States District Judge

**Copies via ECF to all counsel of record**